IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AUNDREA S. BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>R. CLAWSON, Officer, Salt Lake City Police Department; and SALT LAKE CITY CORPORATION<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-cv-00404<br><br>District Judge Dee Benson |

  Before the court is the Report and Recommendation issued by Magistrate Judge Paul M. Warner on April 28, 2020, recommending that the court dismiss this action for Plaintiff's failure to comply with the court's order to file an amended complaint. (Dkt. No. 9). The court has attempted to provide Plaintiff a notification of the right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Plaintiff is currently listed as having "No Address." Plaintiff's Complaint lists an address, but previous attempts to provide notice to Plaintiff via "Aundrea S. Brooks, GENERAL DELIVERY, Salt Lake City, Utah, 84101" have been returned as "Unclaimed." As of the date of this Order, Plaintiff has failed to file any objection to the Report and Recommendation.

  De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation has been completed. The analysis and conclusion of Magistrate Judge Warner are correct, and the Report and Recommendation will be adopted.

Accordingly, it is hereby ORDERED that the Report and Recommendation (Dkt. No. 9) is ADOPTED. This case is hereby DISMISSED under the authority of the IFP Statute. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

DATED this 18th day of June, 2020.

BY THE COURT:

DEE BENSON
United States District Judge